IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERTO GIL,**

    *Petitioner*,

v.                                 Case No.: 4:26cv16-MW/MAL

**WARDEN D. MARIN, et al.,**

    *Respondents*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus, ECF No. 2, is **DISMISSED** without prejudice." All pending motions, ECF Nos. 3, 4, and 7, are **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on February 17, 2026.**

                                           s/Mark E. Walker            
                                           **United States District Judge**